In the Matter of ANNA G. PODELL, Appellant, against WILLIAM HODSON, as Commissioner of the Department of Welfare of the City of New York, et al., Respondents.

Argued February 26, 1941; decided March 13, 1941.

*Herbert Plaut* and *Harold Davis* for appellant.

*William C. Chanler, Corporation Counsel* (*Charles F. Murphy* and *Paxton Blair* of counsel), for respondents.

Order of Appellate Division reversed and that of Special Term affirmed, with costs in this court and in the Appellate Division. The appointment of petitioner became absolute, and was not conditional subject to re-examination as to qualifications by the Municipal Civil Service Commission. The law admits of no conditional appointments such as is claimed by the Commission. (See *Matter of Wolff* v. *Hodson,* 285 N. Y. 197.) No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.